886

Deborah CHARMS, Plaintiff–Appellant,

v.

CARDIAC PACEMAKERS, INC.
and Guidant Corporation,
Defendants–Appellees,

and

Medtronic, Inc., Defendant–Appellee.

No. 00–1243.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before MICHEL, GAJARSA, and
LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.